LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
Attorneys for Defendants
LAS VEGAS METROPOLITAN POLICE DEPARTMENT;
JOHN SEGURA; and JAMES SIGNORELLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHENTILE GOODMAN,<br><br>       Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; COSMOPOLITAN INTERNATIONAL COMPANY, INC., a Nevada corporation; NEVADA PROPERTY 1, LLC, a foreign limited liability company; JOHN SEGURA; JAMES SIGNORELLO; and DOES 1-30; and ROES 1-30, jointly and severally,<br><br>       Defendants. | Case No. 2:11-cv-01447-MMD-CWH<br><br>**JOINT STATUS REPORT** |

   COMES NOW Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD"), JOHN SEGURA ("Segura"), and JAMES SIGNORELLO ("Signorello", and collectively LVMPD, Segura and Signorello as "Defendants"), and Plaintiff, CHENTILE GOODMAN ("Plaintiff") jointly, by and through their undersigned counsel of record and hereby submit their Joint Status Report in compliance with this Court's Minute Order dated January 28, 2013 [Docket No. 100], identifying all pending Motions filed in this instant matter.

/ / /

A. <u>Pending Motion(s) of Defendants:</u>

On December 5, 2012, LVMPD filed its Motion for Summary Judgment [Docket No. 81], and Segura and Signorello filed their Motion for Summary Judgment [Docket No. 82] (collectively "Defendants' MSJs"). Simultaneously, Defendants filed a Motion to Seal Defendants' MSJs [Docket No. 83] on December 5, 2012, which was amended on December 6, 2012 [Docket No. 87]. On January 15, 2013 Plaintiff filed her Response to Defendants' MSJs [Docket No. 97]. On January 25, 2013, Defendants filed a single Reply in support of Defendants' MSJs [Docket No. 99].

All Motion(s) filed by Defendants in this matter appear to be fully briefed for this Court's review and ruling.

B. <u>Pending Motion(s) of Plaintiff:</u>

On May 29, 2012, Plaintiff filed a Motion Under Rule 60 for Reconsideration of Order Dismissing Cosmopolitan [Docket No. 46] ("Motion for Reconsideration")[1]. On June 14, 2012, Defendant Cosmopolitan filed its Response to the Motion for Reconsideration [Docket No. 57] and Plaintiff filed a Reply in support of the Motion for Reconsideration on June 25, 2012 [Docket No. 61]. Plaintiff filed a Supplement to the Motion for Reconsideration October 18, 2012 [Docket No. 72] and Defendant Cosmopolitan filed a Response to Plaintiff's Supplement on October 22, 2012 [Docket No. 73]. This matter is now fully briefed for the Court's review and ruling.

On November 1, 2012, Plaintiff filed a Motion in Limine Regarding Evidence of Other Crimes, Wrongs or Acts by Plaintiff Chentile Goodman [Docket No. 74] ("Motion in Limine"). Defendants filed their Response to the Motion in Limine on November 19, 2012

---

[1] LVMPD, Segura and Signorello have no position as to the pending Motion for Reconsideration, however to advise the Court of <u>all</u> pending Motions before it, the Motion for Reconsideration is being addressed in this instant Status Report.

1  [Docket No. 75] and Plaintiff filed her Reply in support of the Motion in Limine on November

2  29, 2012 [Docket No. 76].  The Motion in Limine is now fully briefed and ready for the Court's

3  review and ruling.

4        On December 5, 2012, Plaintiff filed her Motion for Partial Summary Judgment

5  under seal [Docket No. 84] ("Plaintiff's MSJ").  Defendants filed their Response to Plaintiff's

6  MSJ on December 27, 2012 [Docket No. 89].  Plaintiff filed her Reply on January 14, 2013

7  [Docket No. 96].  Plaintiff's MSJ is now fully briefed and ready for the Court's review and

8  ruling.

9  DATED this 4th day of February, 2013.

                KAEMPFER CROWELL RENSHAW
                GRONAUER & FIORENTINO

                BY:   */s/ Lyssa Anderson*
                      LYSSA S. ANDERSON (Nevada Bar No. 5781)
                      8345 West Sunset Road, Suite 250
                      Las Vegas, Nevada 89113
                      **Attorneys for Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOHN SEGURA; and JAMES SIGNORELLO**

DATED this 4th day of February, 2013.

                GRAVES & LEAVITT

                BY:   */s/ John Graves*
                      John J. Graves, Jr., Esq.
                      601 South Sixth Street
                      Las Vegas, Nevada 89101
                      **Attorneys for Plaintiff**

21  / / /

22  / / /

23  / / /

24  / / /

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

1  DATED this 4th day of February, 2013.

2                                       NERSESIAN & SANKIEWICZ

3                               BY:   */s/ Robert Nersesian*
4                                     Robert A. Nersesian
                                      528 South Eighth Street
5                                     Las Vegas, Nevada 89101
                                      **Attorneys for Plaintiff**

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113