# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHENTILE GOODMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                    Defendants. | 2:11-cv-01447-MMD-VCF<br><br>**ORDER**<br>[Defendants' Statement Pursuant to This Court's Order [Docket No. 124] and Request for Pleadings to Remain Sealed Pursuant to FRCP 26(c) and LR 10-5(b) (#133)] |

Before the Court is Defendants' Statement Pursuant to This Court's Order [Docket No. 124] and Request for Pleadings to Remain Sealed Pursuant to FRCP 26(c) and LR 10-5(b).  (#133).

Defendants request that Plaintiff's Motion to Compel [Docket No. 110], Defendants' Opposition [Docket No. 114] and Plaintiff's Reply [Docket No. 118] remain sealed.  *Id.*

IT IS HEREBY ORDERED that Defendants' Statement Pursuant to This Court's Order [Docket No. 124] and Request for Pleadings to Remain Sealed Pursuant to FRCP 26(c) and LR 10-5(b) (#133) is GRANTED.

DATED this 27th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE