1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
8                                * * *
9   CHENTILE GOODMAN,                    Case No. 2:11-cv-01447-MMD-VCF
10                     Plaintiff,                    ORDER
11       v.                            (Motion for Determination of Good Faith
                                          Settlement − dkt. no. 130)
12  LAS VEGAS METROPOLITAN POLICE
    DEPARTMENT, et al.,
13
                       Defendants.
14

15        On July 23, 2013, Nevada Property 1, LLC ("Nevada Property") filed a Notice of

16  Settlement ("Notice"). (Dkt. no. 120.) The Notice said that Plaintiff and Nevada

17  Properties reached a settlement agreement and that "[i]t is anticipated that this

18  settlement will soon be reduced to writing and that [Plaintiff's] causes of action against

19  [Nevada Property] will be dismissed with prejudice."

20        On September 12, 2013, Nevada Properties filed this Motion for Determination of

21  Good Faith Settlement ("Motion"). (Dkt. no. 130.)  In the Motion, Nevada Property asks

22  the Court "for a determination that its $25,000 settlement with Plaintiff . . . is in good

23  faith" pursuant to Nev. Rev .Stat. § 17.245. A "determination of good faith [is] left to the

24  discretion of the trial court based upon all relevant facts available, and . . . in the

25  absence of an abuse of that discretion, the trial court's findings [will] not be disturbed."

26  *See Carton v. B & B Equities Grp., LLC*, 2:11-cv-00746, 2013 WL 944562, at *5 (D. Nev.

27  Mar. 11, 2013) (*citing Velsicol Chem. Corp. v. Davidson*, 811 P.2d 561, 563 (Nev.

28  1991)). However, at this time, the Court does not have enough information to make a

1    "good faith" determination. The Motion does not clearly set out the terms of the

2    settlement agreement and the settling parties have not filed a joint stipulation or any

3    affidavits with the Court. The Motion's assertions that the settlement "was reached as

4    part of arm's length negotiations" and that Plaintiff's acceptance "is a substantial,

5    reasonable, and equitable resolution of the matter" are one-sided and not sufficiently

6    supported.

7        The Motion also asks the Court to dismiss Nevada Property from this action under

8    Fed. R. Civ. P. 54. While the Motion states that Nevada Property "has bought its peace,"

9    there is insufficient evidence on the record to allow the Court to conclude that there are

10   no longer any pending claims against Nevada Property. Therefore, the Court cannot

11   make "an express direction for the entry of judgment" in Nevada Property's favor as they

12   request.

13       It is therefore ordered that Nevada Property's Motion for Determination of Good

14   Faith Settlement (dkt. no. 130) is denied.

15

16       ENTERED THIS 23rd day of October 2013.

17

18                                                    MIRANDA M. DU
                                                      UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28