# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHENTILE GOODMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>             Defendants. | 2:11-cv-01447-MMD-VCF<br><br>**ORDER** |

Due to a scheduling conflict,

IT IS HEREBY ORDERED that the settlement conference scheduled for 10:00 a.m., September 10, 2015, is rescheduled to 12:00 p.m., September 10, 2015. All else as stated in the Order (#162) scheduling the settlement conference remains the same.

DATED this 8th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE