# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHENTILE GOODMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | 2:11-cv-01447-MMD-VCF<br>**ORDER** |

Before the court is the Motion for Relief from Judgment (#165). This case have reached a settlement agreement and is pending approval from LVMPD's Fiscal Affairs Committee.

Accordingly, IT IS HEREBY ORDERED that the Motion for Relief from Judgment (#165) is DENIED without prejudice with leave to renew if the settlement does not close, after LVMPD's Fiscal Affairs Committee's decision on the settlement agreement.

DATED this 5th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE