LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
Attorneys for Defendants
LAS VEGAS METROPOLITAN POLICE DEPARTMENT;
JOHN SEGURA; and JAMES SIGNORELLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHENTILE GOODMAN,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; COSMOPOLITAN INTERNATIONAL COMPANY, INC., a Nevada corporation; NEVADA PROPERTY 1, LLC, a foreign limited liability company; JOHN SEGURA; JAMES SIGNORELLO; and DOES 1-30; and ROES 1-30, jointly and severally,<br><br>Defendants. | Case No. 2:11-cv-01447-MMD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The Las Vegas Metropolitan Police Department, James Signorello and John Segura ("Defendants"), by and through their counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell, and Chentile Goodman ("Plaintiff"), by and through her counsel, John Graves and Robert Nersesian, hereby stipulate and agree that all of Plaintiff's claims against Defendants, and each of them, in this matter are hereby dismissed in their entirety with prejudice, each party to

/ / /

/ / /

bear their own attorney's fees and costs.

DATED this 6th day of January, 2016.

KAEMPFER CROWELL

BY: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOHN SEGURA; and JAMES SIGNORELLO**

DATED this 6th day of January, 2016.

GRAVES & LEAVITT

BY: /s/ John J. Graves, Jr.
John J. Graves, Jr., Esq.
601 South Sixth Street
Las Vegas, Nevada 89101
**Attorneys for Plaintiff**

DATED this 6th day of January, 2016.

NERSESIAN & SANKIEWICZ

BY: /s/ Robert A. Nersesian
Robert A. Nersesian
528 South Eighth Street
Las Vegas, Nevada 89101
**Attorneys for Plaintiff**

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of January, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE